AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY_____ D.C.

MAR - 4 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

United States of America )
v. )
) Case No. 22-MJ-6098-STRAUSS
)
)
DESHAWN LEMONTE WHEELER )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 3, 2022** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

**See Attached Affidavit**

☑ Continued on the attached sheet.

*Complainant's signature*

S/A Erin Leaser, FBI
*Printed name and title*

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:
FACETIME

Date: March 4, 2022

*Judge's signature*

City and state: Fort Lauderdale, FL

HON. JARED M. STRAUSS, U.S Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erin Leaser, first being duly sworn, hereby depose and state the following:

## INTRODUCTION AND OFFICER BACKGROUND

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since July 2015. I am currently assigned to the Safe Streets Task Force and Violent Gang squad in the FBI's Miami Division, where my duties include the investigation of a variety of federal offenses, including federal firearms violations, narcotics laws, and bank fraud. I have received training and experience in the investigation of crimes involving the use of electronic communications services, such as social media websites and applications. Additionally, I have participated in investigations involving firearm offenses, narcotics, fraud schemes, conspiracy, identity theft, aggravated identity theft, and other violations of federal law. I am a Law Enforcement Officer of the United States, and I am empowered to conduct investigations, execute warrants, and make arrests for offenses against the United States enumerated in, but not limited to, Titles 18 and 21 of the United States Code.

2.  I submit this Affidavit in support of a criminal complaint against DESHAWN LEMONTE WHEELER ("WHEELER"). As explained below, there is probable cause to believe that on March 03, 2022, in Broward County, Florida, WHEELER violated Title 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm.

3.  The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this Affidavit each and every fact known to me about this investigation. Rather, I have included only the facts that are sufficient to establish probable cause to arrest WHEELER for the violations described above.

## PROBABLE CAUSE

### *Initial Investigation*

4.  Between in and around November 2021 through February 2022, in a series of three (3) controlled purchases, a Confidential Informant purchased narcotics from WHEELER. During each of the controlled purchases, WHEELER traveled from his residence to meet the confidential informant. Each of these controlled purchases were audio and/or video recorded.

### *Search of WHEELER's Residence*

5.  Law enforcement obtained a state search warrant for WHEELER's residence located at 1471 NW 32nd Avenue, Lauderhill, Florida, which was executed on or about March 03, 2022. WHEELER and his young daughter were present at the time of the search warrant. After WHEELER exited the residence, law enforcement officers searched the premises. During the search, law enforcement found a Smith & Wesson 40 Caliber semi-automatic firearm, serial number HTB5342 and a Charter Arms [Smith & Wesson struck through] 357 magnum revolver firearm, serial number 570787 on top of a dresser inside of a bedroom. On this same dresser, law enforcement found WHEELER's driver's license. Additionally, law enforcement found mail belonging to WHEELER inside this bedroom. Above the dresser in this same bedroom, law enforcement and observed and obtained photographs of WHEELER.

6.  From my training and experience, I am aware that both Smith & Wesson firearms, were manufactured outside the State of Florida. Thus, the firearms must have traveled in and affected interstate or foreign commerce prior to March 3, 2022.

### *WHEELER's Criminal History*

12.  A criminal history records check revealed that, prior to March 03, 2022, WHEELER had been convicted of one or more crimes punishable by imprisonment exceeding one

year (felony offenses). For example, on or about June 22, 2015, WHEELER was convicted Conspiracy to commit Hobbs Act Robbery and Use of a firearm during a crime of violence and was sentenced to 96 months in federal prison. Based on the length of time that WHEELER spent in custody for one or more of the aforementioned convictions, WHEELER knew he was a felon at the time of his possession of the firearms identified in paragraph 5.

## CONCLUSION

7. Based on the above information, I respectfully submit that there is probable cause to believe that on or about March 03, 2022, in Broward County, Florida, WHEELER, possessed firearms, in violation of Title 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm.

**FURTHER YOUR AFFIANT SAYETH NOT.**

Respectfully submitted,

*[signature]*
ERIN LEASER
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime on this 4 day of March, 2022.

*[signature]*
HON. JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-MJ-6098-STRAUSS

## BOND RECOMMENDATION

DEFENDANT: DESHAWN LEMONTE WHEELER

Pre-Trial Detention is recommended

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: *Joseph A Cooley*
AUSA: Joseph A. Cooley


Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): FBI S/A Erin Leaser
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)